```
DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States.
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAURICE J. EDWARDS, | ) |
|  | ) CASE NO. 2:10-cv-01787-GMN-LRL |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social | ) |
| Security, | ) |
|  | ) |
| Defendant. | ) |

Amended

**DEFENDANTS'MOTION FOR EXTENSION OF TIME**

(First Request)

COMES NOW defendants, by and through their attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, and request a thirty (30) day extension of time, to file an appropriate response to Plaintiff's Motion for Remand.

. . .

. . .

. . .

. . .

. . .

1     Defendants' current deadline to answer plaintiffs complaint
2 is April 18, 2011.
3     It is therefore respectfully requested that defendants be
4 granted a thirty (30) day extension of time to file an
5 appropriate pleading to answer complaint up to and including May
6 18, 2011.
7     DATED this 16th day of March 2011.
8                                   Respectfully submitted,
9                                   DANIEL G. BOGDEN
                                  United States Attorney
10
                                /s/ Carlos A. Gonzalez
11                                CARLOS A. GONZALEZ
                                Assistant United States Attorney
12
13
14
                                IT IS SO ORDERED:
15
                                [signature]
16                                 _____
                                UNITED STATES MAGISTRATE JUDGE
17
                                DATE:  _____4-13-11_____
18
19
20
21
22
23
24
25
26