```
DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States.
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAURICE J. EDWARDS, | ) |
| | ) CASE NO. 2:10-cv-01787-GMN-LRL |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

(Second Request)

COMES NOW defendants, by and through their attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, and request a ten (10) day extension of time, to file an appropriate response to Plaintiff's Motion for Remand.

. . .

. . .

. . .

. . .

. . .

Our current deadline to reply to plaintiffs motion for remand is May 18, 2011.  However, agency counsel has a personal emergency that has caused her to be out of the office for the entire week.  Opposing counsel has been notified of the exigency and has no objection to the delay.

It is therefore respectfully requested that defendants be granted a ten (10) day extension of time to file a response to plaintiff's Motion for Remand up to and including May 31, 2011.

DATED this 16th day of May 2011.

                                      Respectfully submitted,

                                      DANIEL G. BOGDEN
                                      United States Attorney

                                       /s/ Carlos A. Gonzalez
                                      CARLOS A. GONZALEZ
                                      Assistant United States Attorney

**IT IS SO ORDERED** this 16th day of May, 2011.

_____
Gloria M. Navarro
United States District Judge