1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   CARLOS A. GONZALEZ
3  Assistant United States Attorney
   333 Las Vegas Blvd. So., #5000
4  Las Vegas, NV 89101
   Tel: (702) 388-6336
5  Fax: (702) 388-6787
   carlos.gonzalez2@usdoj.gov
6  Attorneys for Defendant

7
                    UNITED STATES DISTRICT COURT
8                        DISTRICT OF NEVADA

9

10 MAURICE J. EDWARDS,           )   CASE NO. CV-2:10-001787-GMN-LRL
            Plaintiff,           )
11 v.                            )   STIPULATION AND [PROPOSED] ORDER TO
   MICHAEL J. ASTRUE,            )   VOLUNTARY REMAND PURSUANT TO
12 Commissioner of Social Security, )  SENTENCE FOUR OF 42 U.S.C. § 405(g) AND
            Defendant.           )   TO ENTRY OF JUDGMENT
13 _____ )

14

15     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

16 with the approval of the Court as provided below, that the Commissioner has agreed to a

17 voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further

18 proceedings.

19     On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to

20 update the medical record and offer Plaintiff a new hearing. Plaintiff may submit new evidence.

21 The ALJ will make a *de novo* decision, including consideration of any new issues that Plaintiff

22 may raise. Specifically, the ALJ will be directed to reconsider all physicians' opinions and obtain

23 supplemental vocational expert testimony. The ALJ also will be directed to re-evaluate Plaintiff's

24 credibility. The parties further request that the Court enters a final judgment in favor of Plaintiff,

25 and against Defendant, Commissioner of Social Security, reversing the final decision of the

26 Commissioner.

Defendant will lodge a proposed Judgment of Remand concurrent with the filing of this stipulation.

Dated: June 21, 2011

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| | DANIEL G. BOGDEN |
| */s/ RICHARD HARRIS* | United States Attorney |
| RICHARD HARRIS, ESQ. | |
| Attorney for Plaintiff | /s/ *CARLOS A. GONZALEZ* |
| | CARLOS A. GONZALEZ |
| | Assistant United States Attorney |
| | |
| | LUCILLE GONZALES MEIS |
| | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | |
| | */s/ KATHRYN R. WATSON* |
| | KATHRYN R. WATSON |
| | Special Assistant United States Attorney |
| | Social Security Administration |

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand"), **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation of Remand.

**DATED** this 22nd day of June, 2011.

_____
Gloria M. Navarro
United States District Judge